IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAMIEN M. BALARK,
   Plaintiff,
  v.

STATE OF GEORGIA,
   Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-233-TWT

ORDER

This is a criminal action wrongfully removed from the Superior Court of Cobb County. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending remanding the case to the Superior Court of Cobb County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Superior Court of Cobb County.

SO ORDERED, this 5 day of December, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Balark\13cv233\r&r2.wpd